74 A.3d 117

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tajjideen M M. WHITAKER, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 28, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 28th day of August, 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** Petitioner's sentencing claim. Further, the Superior Court's decision affirming the imposition of a sentence of mandatory life imprisonment without the possibility of parole is **VACATED,** and the matter is **REMANDED** to the Superior Court to remand to the Philadelphia County Court of Common Pleas